# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS CERVANTES RIOS,<br><br>    Plaintiff,<br><br>    v.<br><br>POLICE OFFICER EDUARDO CARRILLO, an individual, POLICE OFFICER HILARIO PALOMINO, an individual, and the CITY OF FARMERSVILLE, a municipal Corporation, and Does 1-25<br><br>    Defendants. | No. 1:23-CV-00479-KES-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 18) |

On March 22, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 18). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 28, 2024**             /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE